IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| TYLER WESLEY,<br><br>Plaintiff,<br><br>vs.<br><br>SOOK INVESTMENTS CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br><br>Case No. 1:24-CV-02759-NYW |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, TYLER WESLEY, and Defendant, SOOK INVESTMENTS CORP., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 12th day of August 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*

Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

/s/ Eric E. Torgersen
Eric E. Torgersen, Esq
Holley, Albertson & Polk, P.C.
1667 Cole Boulevard, Suite 100
Lakewood, CO 80401
Denver, Co 80203
(303) 233-7838860-2848
Email: eet@haplaw.net

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August 2025, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL